UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**,

    Plaintiff,

  v.

**DAMION SLEUGH**,

    Defendant.

Case No. 14-cr-00168-YGR-2

**PRETRIAL ORDER NO. 3 RE: MOTION *IN LIMINE***

Re: Dkt. No. 108

On June 17, 2015, the defendant filed a motion *in limine* to permit impeachment of two witnesses with their prior convictions. (Dkt. No. 108.) The government opposed the motion. (Dkt. No. 110.) For the reasons stated on the record at the June 23, 2015 pre-trial conference, the Court **DENIES** the motion.

This Order terminates Docket Number 108.

**IT IS SO ORDERED.**

Dated: June 23, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**