UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>           Plaintiff,<br>    v.<br>Damion Sleugh,<br>           Defendant. | Case No. 14-cr-00168-YGR-2   (DMR)<br><br>**ORDER TO SUBMIT ADDITIONAL INFORMATION RE MOTION FOR DISCLOSURE OF SEALED MATERIALS**<br><br>Re: Dkt. No. 210 |

The court has reviewed Defendant Damion Sleugh's administrative motion for disclosure of sealed materials, as well as the opposition filed by his co-defendant, Shawndale Boyd. [Docket Nos. 210, 214.] Boyd argues that the ex parte applications for Federal Rule of Criminal Procedure 17(c) subpoenas that he filed under seal should not be disclosed to Sleugh's counsel. However, Boyd does not address whether the court orders on the Rule 17(c) subpoena applications and the subpoenas themselves should remain under seal. Therefore, by no later than December 8, 2016, Boyd shall submit a statement that does not exceed two pages setting forth his position on whether the court should unseal the court orders on his Rule 17(c) subpoena applications and the corresponding subpoenas. Sleugh may file a response that does not exceed two pages by no later than December 13, 2016.

**IT IS SO ORDERED.**

Dated: December 2, 2016



Donna M. Ryu
United States Magistrate Judge