UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>    v.<br><br>SLEUGH,<br><br>          Defendant. | Case No. 14-cr-00168-YGR-1   (DMR)<br><br>**ORDER RE DEFENDANT SLEUGH'S PROPOSAL TO UNSEAL DOCUMENTS**<br><br>Re: Dkt. No. 224 |

Defendant and Appellant Damion Sleugh filed an administrative motion for an order authorizing the disclosure to his appellate counsel of all materials filed under seal in this case for attorneys' eyes only. [Docket No. 210.] On December 29, 2016, the court granted as unopposed Sleugh's motion for disclosure of materials that the government filed under seal. [Docket No. 223.] The court ordered Sleugh and the government to file a joint statement by January 5, 2017 identifying the specific docket entries corresponding to the government's under seal filings, along with a proposed order unsealing those entries. *Id*. at 9. On January 5, 2017, Sleugh filed a response in which he stated that the government was unable to identify the ECF filing numbers of its sealed filings and requested the court's assistance in identifying those docket entries. [Docket No. 224.]

In addition to Shawndale Boyd's Federal Rule of Criminal Procedure 17(c) subpoena applications, corresponding orders and subpoenas, which the court addressed in its December 29, 2016 order, the docket contains two sealed entries: Docket No. 83, which is a minute order for Boyd's May 5, 2015 under seal change of plea hearing, and Docket No. 84, Boyd's plea agreement. By no later than January 19, 2017, Boyd and the government shall file any objections

to the court's unsealing these two documents for Sleugh's appellate counsel's eyes only.

**IT IS SO ORDERED.**

Dated: January 12, 2017



_____
Donna M. Ryu
United States Magistrate Judge