UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

SLEUGH,

        Defendant.

Case No. 14-cr-00168-YGR-2 (DMR)

**ORDER UNSEALING DOCKET ENTRIES 83 AND 84 FOR APPELLATE COUNSEL'S EYES ONLY**

Defendant and Appellant Damion Sleugh filed an administrative motion for an order authorizing the disclosure to his appellate counsel of all materials filed under seal in this case for attorneys' eyes only. [Docket No. 210.] On December 29, 2016, the court granted as unopposed Sleugh's motion for disclosure of materials that the government filed under seal. [Docket No. 223.] Sleugh subsequently filed a submission indicating that the government was unable to identify the ECF filing numbers of its sealed filings. [Docket No. 224.] On January 12, 2017, the court issued an order in which it identified Docket Nos. 83 and 84 as a minute order for co-defendant Shawndale Boyd's May 5, 2015 change of plea hearing and Boyd's plea agreement. Both entries are sealed. The court ordered Boyd and the government to file any objections to the court's unsealing of those two documents by January 19, 2017. [Docket No. 226.] No objections have been filed. Accordingly, Docket Nos. 83 and 84 are unsealed for Sleugh's appellate counsel's eyes only.

**IT IS SO ORDERED.**

Dated: January 25, 2017

_____
Donna M. Ryu
United States Magistrate Judge