**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**DAMION SLEUGH,**<br>Defendant. | Case No. 4:14-cr-168-2-YGR<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO FILE MEMORANDUM OF AUTHORITIES IN SUPPORT OF MOTION TO VACATE UNDER 28 U.S.C. SECTION 2255**<br><br>Re: Dkt. No. 249 |

On October 7, 2022, petitioner Damion Sleugh filed a motion to vacate his federal sentence pursuant to 28 U.S.C. § 2255. (Dkt. No. 249.) Pursuant to his request,[1] the Court continued petitioner's deadline to file a memorandum of authorities in support of his motion for a considerable period of time to Wednesday, May 17, 2023. Mr. Sleugh has not yet filed the memorandum of authorities.

Accordingly, petitioner is HEREBY ORDERED, **on or before Friday, July 14, 2023**, to either file the memorandum of authorities or explain why another continuance is necessary. Petitioner's failure to respond to this order will be viewed as a concession that his motion to vacate is unsupported and should be denied.

**IT IS SO ORDERED.**

Dated: June 16, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] Mr. Sleugh indicated that, because the prison where he is incarcerated, Federal Correctional Complex, Pollock, was on lockdown due to ongoing gang activity, he did not have access to its law library.